AO 442 (Rev. 01/09 - VAW Additions - Indictment 5/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Western District of Virginia

5:13-MJ-00009

| | |
|---|---|
| United States of America<br>v.<br>Thomas Earl Faulls, Sr.<br>(as detainer with Southern Regional Jail)<br>*Defendant* | Case No. 3:13-cr-00001-01 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* THOMAS EARL FAULLS, SR.,

who is accused of an offense or violation based on an indictment filed with the court.

This offense is briefly described as follows:

Count 1 - Kidnapping
Count 2 - Interstate domestic violence
Count 3 - Violent crime/drugs/guns

Julia C. Dudley, Clerk

Date: 01/09/2013

By: _____
    Deputy Clerk

City and state: Charlottesville, Virginia

Hon. B. Waugh Crigler, U. S. Magistrate Judge
*Grand Jury Presiding Judge*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

COPY
DO NOT EXECUTE

_____
*Arresting officer's signature*

_____
*Printed name and title*

5:13-mj-00009

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

JAN 09 2013

JULIA C. DUDLEY, CLERK
BY: /s/
　DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION
JANUARY 2013 SESSION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | |
| | ) | Criminal No. 3:13CR00001 |
| v. | ) | |
| | ) | |
| THOMAS EARL FAULLS, SR. | ) | |
| | ) | In violation of:   18 U.S.C. § 1201 |
| | ) | 18 U.S.C. § 2261 |
| | ) | 18 U.S.C. § 924(c) |

The grand jury charges that:

## COUNT ONE

1.   Between on or about August 21, 2012 and August 23, 2012, in the Western Judicial District of Virginia and elsewhere, the defendant, THOMAS EARL FAULLS, SR. did willfully and unlawfully kidnap, abduct, seize, confine, inveigle, decoy, and carry away, L.F. and hold her for ransom, reward or otherwise, in order to force her to reconcile their relationship and to force her to have sexual intercourse with him, and did travel in interstate commerce from Louisa County, Virginia to Greenbrier County, West Virginia, and did use a means, facility, and instrumentality of interstate commerce, that is his pickup truck, interstate highways, and his cell phone in furtherance of the commission of the offense.

2.   All in violation of 18 U.S.C. § 1201(a)(1).

1

USAO 2012R00718

## COUNT TWO

3. Between on or about August 21, 2012 and August 23, 2012, in the Western Judicial District of Virginia and elsewhere, the defendant, THOMAS EARL FAULLS, SR. did cause his spouse, L.F., to travel in interstate commerce by force, coercion, duress and fraud, and in the course of such travel and to facilitate such conduct and travel, did intentionally commit a crime of violence against L.F., to wit: kidnapping and aggravated sexual abuse, and used a dangerous weapon—a shotgun—during the offense.

4. All in violation of Title 18, United States Code, Section 2261(a)(2) and (b)(4).

## COUNT THREE

5. Between on or about August 21, 2012 and August 23, 2012, in the Western Judicial District of Virginia and elsewhere, the defendant, THOMAS EARL FAULLS, SR., did knowingly possess a firearm that is, a shotgun in the furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, kidnapping in violation of Title 18, United Stated Code, Section 1201(a)(1), as charged in Count One.

6. All in violation of Title 18, United States Code, Section 924(c).

A TRUE BILL this __9__ day of January, 2013.

_____
FOREPERSON

_____
TIMOTHY J. HEAPHY
UNITED STATES ATTORNEY

*USAO 2012R00718*

2